1   KURT L. SCHMALZ, State Bar No. 109834
kschmalz@lurie-zepeda.com

2   LURIE, ZEPEDA, SCHMALZ & HOGAN
A Professional Corporation

3   9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533

4   PH: (310) 274-8700   FAX: (310) 274-2798

**JS-6**

5   Attorney for Defendant

6   SUNRISE SENIOR LIVING MANAGEMENT, INC.

7   HENRY J. BONGIOVI
bongiovi.law@verizon.net

8   LAW OFFICES OF HENRY J.  BONGIOVI
831 State Street

9   Santa Barbara, California 93101
TEL: (805) 564-2115  FAX: (805) 883- 1697

10

11   Attorneys for Plaintiff
Daniel Watson

12

13             UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15

16   DANIEL WATSON,

17              Plaintiffs,

18         vs.

19   SUNRISE SENIOR LIVING
MANAGEMENT, INC., a corporation;

20   and DOES 1 through 25, Inclusive,

21

22             Defendants.

23

Case No. 2:12-cv-04063 GW (MANx)
(Assigned to District Judge George H. Wu and Discovery Magistrate Judge Margaret A. Nagle

**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

24   //

25   //

26   //

27   //

28   //

*LURIE, ZEPEDA, SCHMALZ & HOGAN*
*9107 Wilshire Boulevard, Suite 800*
*Beverly Hills, California 90210-5533*

1    The Court has considered the Stipulation for Dismissal filed by Defendant

2    Sunrise Senior Living Management, Inc. and Plaintiff Daniel Watson.

3    It appearing that good cause exists, IT SO ORDERED that the Stipulation is

4    approved, and this entire action is hereby dismissed with prejudice as to all parties

5    with each side to bear their own costs and attorney's fees.

6

7    Dated:  August 10, 2012    _____

8    HON. GEORGE H. WU

9    U.S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LURIE, ZEPEDA, SCHMALZ & HOGAN
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533

{00093801.DOC}                    2
ORDER APPROVING STIPULATION FOR DISMISSAL

LURIE, ZEPEDA, SCHMALZ & HOGAN
9107 Wilshire Boulevard, Suite 800
Beverly Hills, California 90210-5533

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the document entitled **[PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** was on **August 8, 2012**, served electronically upon all counsel of record by the Court's Case Management system as follows:

**HENRY J. BONGIOVI**                    *Attorneys for Plaintiff*
**LAW OFFICES OF HENRY J.**              *Daniel Watson*
**BONGIOVI**
**831 State Street**
**Santa Barbara, California 93101**
**TEL: (805) 564-2115**
**FAX: (805) 883- 1697**

Executed on **August 8, 2012**, at **Beverly Hills**, **California**.

/s/ Kurt L. Schmalz
 Attorneys for Defendant
SUNRISE SENIOR LIVING
MANAGEMENT, INC.

{00093801.DOC}                            3